UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| OURPET'S COMPANY, | Case No. 1:16CV1766 |
| Plaintiff(s), | |
| -vs- | **ORDER OF DISMISSAL WITH PREJUDICE** |
| M/S PETZ CREATION AND, ASHISH PIADA Defendant(s). | |

Subsequent to the Court's entry of Default against Defendant, Plaintiff and Defendant negotiated a settlement of this case. Accordingly, the Court hereby sets aside the Default entered against Defendant. This case is dismissed with prejudice, each party to bear it's own costs.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

IT IS SO ORDERED.

*/s/Dan Aaron Polster*   1/25/2018
Dan Aaron Polster
United States District Judge