AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **NORTHERN DISTRICT OF OHIO** on the following

☐ Trademarks or    ☑ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:16-cv-01766 | DATE FILED<br>7/11/2016 | U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF OHIO |
|---|---|---|
| PLAINTIFF<br>OurPet's Company | | DEFENDANT<br>M/S Petz Creation |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,286,589 | 10/16/2012 | OurPet's Company |
| 2 | 8,973,529 | 3/10/2015 | OurPet's Company |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgment issued:

**DECISION/JUDGMENT**

Order of Dismissal. Subsequent to the Court's entry of Default against Defendant, Plaintiff and Defendant negotiated a settlement of this case. Accordingly, the Court hereby sets aside the Default entered against Defendant. This case is dismissed with prejudice, each party to bear it's own costs. The Court retains jurisdiction to ensure that the settlement agreement is executed. Signed by Judge Dan Aaron Polster on 1/25/2018.

| CLERK<br>Sandy Opacich | (BY) DEPUTY CLERK<br>Carlene Kinsey | DATE<br>02/12/2018 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| OURPET'S COMPANY, | Case No. 1:16CV1766 |
| Plaintiff(s), | |
| -vs- | **ORDER OF DISMISSAL WITH PREJUDICE** |
| M/S PETZ CREATION AND, ASHISH PIADA | |
| Defendant(s). | |

Subsequent to the Court's entry of Default against Defendant, Plaintiff and Defendant negotiated a settlement of this case. Accordingly, the Court hereby sets aside the Default entered against Defendant. This case is dismissed with prejudice, each party to bear it's own costs.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

IT IS SO ORDERED.

/s/Dan Aaron Polster   1/25/2018
Dan Aaron Polster
United States District Judge